NO. 28471

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee

vs.

CHRISTIAN JOHNSON,
Respondent/Defendant-Appellant

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 2DTA-06-02260)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1]; and Recktenwald, J.,
dissenting, with whom Nakayama, J., joins)

The Application for Writ of Certiorari filed on

June 16, 2010 by Petitioner/Plaintiff-Appellee State of Hawai'i

is hereby rejected.

DATED:  Honolulu, Hawai'i, August 2, 2010.

FOR THE COURT:

Associate Justice

Richard K. Minatoya,
Deputy Prosecuting Attorney,
County of Maui, on the
application for petitioner/
plaintiff-appellant.

---

[1]     Considered by:  Nakayama, Acting C.J., Acoba, Duffy, and
Recktenwald, JJ., and Circuit Judge McKenna, in place of Moon, C.J., recused.